DECEMBER 3, 2012

No. 12–6568. WILLIAMS v. TALLADEGA COMMUNITY ACTION AGENCY ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) (*per curiam*).

No. 12–6582. FOX v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12M51. BELL v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS;

No. 12M52. PORTER v. JEWELL ET AL.;

No. 12M53. VONTRESS v. EIGHTH JUDICIAL DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL.; and

No. 12M54. MARTIN v. OBAMA, PRESIDENT OF THE UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–1274. GABELLI ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. [Certiorari granted, 567 U. S. 968.] Motion of Former SEC Commissioners and Officials for leave to file brief as *amici curiae* out of time granted.

No. 11–1545. CITY OF ARLINGTON, TEXAS, ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 11–1547. CABLE, TELECOMMUNICATIONS, AND TECHNOLOGY COMMITTEE OF THE NEW ORLEANS CITY COUNCIL v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 936.] Motion of petitioners to dispense with printing joint appendix granted.